ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A Professional Law Corporation
Joseph E. Pelochino          State Bar No. 224378
    Joseph.Pelochino@aalrr.com
David Kang                   State Bar No. 303562
    David.Kang@aalrr.com
12800 Center Court Drive South, Suite 300
Cerritos, California 90703-9364
Telephone: (562) 653-3200
Fax: (562) 653-3333

Attorneys for Defendant Canadian Guys Burgers Limited

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| Rafael Arroyo, | Case No. 5:24-cv-00449-KK-SHK |
|---|---|
| Plaintiff, | |
| v. | **NOTICE OF SETTLEMENT** |
| Western Land Properties, LLC, a Delaware Limited Liability Company; Canadian Guys Burgers Limited, a California Corporation; and Does 1-10, | Judge: Hon. Kenly Kiya Kato |
| | Action Filed: December 5, 2023 |
| | Trial Date: N/A |
| Defendant(s). | |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that pursuant to United States District Court for the Central District of California Local Rule 16–15.7, Plaintiff Rafael Arroyo ("Plaintiff"), Defendant Western Land Properties, LLC ("WLP") and Defendant Canadian Guys Burgers Limited ("CGBL") (all collectively, the "Parties") have reached a settlement in principle of the above-referenced case.

The Parties hereby jointly notify the Court that the above–entitled action has settled, and a final, long-form settlement agreement is being mutually drafted by the parties. Accordingly, the Parties request that the Court vacate all currently set dates and deadlines with the expectation that the Parties will file their Stipulation to Dismiss the Entire Action pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii),

within sixty (60) days.

Dated: April 5, 2024       SEABOCK PRICE APC

                           By:   /s/ Amanda Seabock
                                 Dennis Price
                                 Amanda Seabock
                                 Christopher A. Seabock
                                 Attorneys for Plaintiff Rafael Arroyo

Dated: April 5, 2024       SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

                           By:   /s/ Gregory F. Hurley
                                 Gregory F. Hurley
                                 Attorney for Defendant Western Land Properties, LLC

Dated: April 5, 2024       ATKINSON, ANDELSON, LOYA, RUUD & ROMO

                           By:   /s/ David Kang
                                 Joseph E. Pelochino
                                 David Kang
                                 Attorneys for Defendant Canadian Guys Burgers Limited

NOTICE OF SETTLEMENT

50215641.1/

**Attestation Pursuant to Local Rule 5-4.3.4(a)(2)(i)**

Pursuant to Central District Local Rule 5-4.3.4(a)(2)(i), I, David Kang, do attest that all other signatories listed, and on whose behalf the filing is submitted, concur in this filing's content and have authorized the filing.

Dated: April 5, 2024

ATKINSON, ANDELSON, LOYA, RUUD & ROMO

By: /s/ David Kang
Joseph E. Pelochino
David Kang
Attorneys for Defendant Canadian Guys Burgers Limited

ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
12800 CENTER COURT DRIVE SOUTH, SUITE 300
CERRITOS, CALIFORNIA 90703-9364
TELEPHONE: (562) 653-3200
FAX: (562) 653-3333

NOTICE OF SETTLEMENT

50215641.1/

# CERTIFICATE OF SERVICE

## [FRCP 5(B)]

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and am not a party to the within action; my business address is 12800 Center Court Drive South, Suite 300, Cerritos, California 90703-9364.

On April 5, 2024, I served the following document(s) described as **NOTICE OF SETTLEMENT** on the interested parties in this action as follows:

**Amanda Lockhart Seabock**  (323)616-0490
Seabock Price APC  Email: amanda@seabockprice.com
117 East Colorado Boulevard Suite 600
Pasadena, CA 91105

**Gregory F Hurley**  (714) 513-5400
Sheppard Mullin Richter and Hampton LLP  Email: Ghurley@sheppardmullin.com
650 Town Center Drive 10th Floor
Costa Mesa, CA 92626-1993

☒ I am familiar with the United States District Court, Central District of California's practice for collecting and processing electronic filings. Under that practice, documents are electronically filed with the Court. The Court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document. Registration as a CM/ECF user constitutes consent to electronic service through the Court's transmission facilities. Under said practice, the following CM/ECF users were served:

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on April 5, 2024, at Cerritos, California.

/s/ David Kang
David Kang

NOTICE OF SETTLEMENT

50215641.1/