UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | **EDCV 24-0449-KK-SHKx** | Date: | June 21, 2024 |
| Title: | *Rafael Arroyo v. Western Land Properties, LLC et al* | | |

Present: The Honorable   KENLY KIYA KATO, UNITED STATES DISTRICT JUDGE

| Noe Ponce | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**   (In Chambers) Order to Show Cause why Counsel Should Not Be Sanctioned for Failure to Appear

On December 5, 2023, plaintiff Rafael Arroyo filed a Complaint in San Bernardino Superior Court alleging violations of the Americans With Disabilities Act and California's Unruh Civil Rights Act.  ECF Docket No. ("Dkt.") 9-1.  On March 1, 2024, defendants Western Land Properties, LLC, and Canadian Guys Burgers Limited removed the action to this Court.  Dkt. 1.

On April 5, 2024, defendant Canadian Guys Burgers Limited filed a Notice of Settlement of the entire action.  Dkt. 16.  Hence, on April 7, 2024, the Court issued an Order directing the parties to file, "[n]o later than May 6, 2024, . . . either (1) a Stipulation of Dismissal under Fed. R. Civ. P. 41(a)(1)(A)(ii); (2) a Stipulation for an Order of Dismissal under Fed. R. Civ. P. 41(a)(2); or (3) a motion to reopen[.]"  Dkt. 17.

On May 6, 2024, Plaintiff filed a Motion to Reopen after attempts to finalize the settlement agreement failed, and defendant Western Land Properties stopped responding to communications.  Dkt. 18.  Defendants failed to oppose the Motion, and on June 3, 2024, the Court granted Plaintiff's Motion to Reopen pursuant to Local Rule 7-12.  Dkt. 20.  The Court also set a status conference for June 20, 2024, at 9:00 a.m.  Id.

On June 20, 2024, Plaintiff and defendant Canadian Guys Burgers Limited appeared at the previously set Status Conference.  Counsel for defendant Western Land Properties, LLC, however, failed to appear.  As represented in the Motion to Reopen and based upon statements made at the Status Conference, counsel has not been able to move this case towards settlement, in part, because of defendant Western Land Properties, LLC's failure to respond and engage in this matter.

Accordingly, in light of counsel for defendant Western Land Properties, LLC's failure to appear at the June 20, 2024 hearing, counsel for defendant Western Land Properties, LLC, is ordered to show cause in writing no later than June 27, 2024, why counsel should not be sanctioned in the amount of $500 for failure to appear at the June 20, 2024 hearing.  Counsel is explicitly warned that failure to file a timely written response will result in sanctions.

**IT IS SO ORDERED.**